AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Citibank N.A. <br> *Plaintiff(s)* <br> v. <br> BARDIN HILL LOAN MANAGEMENT LLC, INVESTCORP CREDITMANAGEMENT US LLC, GREYWOLF LOAN MANAGEMENT LP, ZAIS GROUP LLC, ALLSTATE INVESTMENT MANAGEMENT COMPANY, MEDALIST PARTNERS CORPORATE FINANCE LLC, TALL TREE INVESTMENT MANAGEMENT LLC, NEW GENERATION ADVISORS LLC, AND HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS LP <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Bardin Hill Loan Management LLC
    c/o Maples Fiduciary Services (Delaware) Inc.
    4001 Kennett Pike, Suite 302
    Wilmington, DE 19807

**See Rider for Additional Defendants**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    John F. Baughman
    The Law Offices of John F. Baughman PLLC
    299 Broadway, Suite 207
    New York, NY 10007

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                   *CLERK OF COURT*

Date: _____                                         _____
                                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# RIDER

**To:**

All State Investment Management Company
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Investcorp Credit Management US LLC
c/o Corporation Service Company
251 Little Falls Drive, Wilmington,
New Castle, DE, 19808

ZAIS Group LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Medalist Partners Corporate Finance LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Greywolf Loan Management LP
c/o Cogency Global Inc.
850 New Burton Road
Suite 201
Dover, DE 19904

New Generation Advisors LLC
c/o George Putnam III
13 Elm Street Suite 2
Manchester, Massachusetts 01944

Highland Capital Management Fund Advisors LP
c/o The Corporation Trust Company Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Tall Tree Investment Management LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801